JOSEPH H. HUNT
Assistant Attorney General
Civil Division
McGREGOR SCOTT
United States Attorney
BRINTON LUCAS
Counsel to the Assistant Attorney General
JAMES J. GILLIGAN
Acting Director, Federal Programs Branch
JACQUELINE COLEMAN SNEAD
Assistant Branch Director, Federal Programs Branch
DAVID SHELLEDY
Civil Chief, Assistant United States Attorney
JOSEPH BORSON (Va. Bar No. 85519)
KEVIN SNELL (NY Bar)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Telephone: (202) 305-0924
Fax: (202) 616-8460
E-mail:  Kevin.Snell@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; EDMUND GERALD BROWN JR., Governor of California, in his Official Capacity, and XAVIER BECERRA, Attorney General of California, in his Official Capacity,<br><br>Defendants. | Case No.<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |

## **NOTICE**

Notice is hereby given that the United States of America makes the following motion, which it proposes to notice for a hearing on a date 28 days from the date of service or as soon thereafter as the matter can be heard at a yet to be determined courtroom.

## **MOTION**

The United States hereby moves for a preliminary injunction enjoining enforcement of certain provisions of the California Internet Consumer Protection and Net Neutrality Act of 2018, Cal. Civ. Code §§ 3100-3104, enacted through Senate Bill 822.  As detailed in the accompanying proposed order, the United States respectfully requests that this Court preliminary enjoin Section 3100(j), (r), (t) and Section 3101(a)(1)-(a)(7), (a)(9) of the California Civil Code.  The United States also respectfully requests that this Court preliminarily enjoin the application of those provisions through Section 3101(b) of the California Civil Code.  Further, the United States respectfully requests that this Court preliminarily enjoin Section 3102(a), (b) of the California Civil Code.

This motion is based on the memorandum filed herewith, and the pleadings on file.

Dated:  September 30, 2018          Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

McGREGOR SCOTT
United States Attorney

BRINTON LUCAS
Counsel to the Assistant Attorney General

JAMES J. GILLIGAN
Acting Director, Federal Programs Branch

JACQUELINE COLEMAN SNEAD
Assistant Branch Director, Federal Programs Branch

DAVID SHELLEDY

Notice of motion and motion          -1-

Civil Chief, Assistant United States Attorney

/s/ Kevin Snell
JOSEPH BORSON (Va. Bar No. 85519)
KEVIN SNELL (NY Bar)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Telephone: (202) 305-0924
Fax: (202) 616-8460
E-mail: Kevin.Snell@usdoj.gov

*Attorneys for the United States*