JOSEPH H. HUNT
Assistant Attorney General
Civil Division
McGREGOR SCOTT
United States Attorney
BRINTON LUCAS
Counsel to the Assistant Attorney General
JAMES J. GILLIGAN
Acting Director, Federal Programs Branch
JACQUELINE COLEMAN SNEAD
Assistant Branch Director, Federal Programs Branch
DAVID SHELLEDY
Civil Chief, Assistant United States Attorney
JOSEPH BORSON (Va. Bar No. 85519)
KEVIN SNELL (NY Bar)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, DC 20530
Telephone: (202) 305-0924
Fax: (202) 616-8460
E-mail:  Kevin.Snell@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>THE STATE OF CALIFORNIA; EDMUND GERALD BROWN JR., Governor of California, in his Official Capacity, and XAVIER BECERRA, Attorney General of California, in his Official Capacity,<br><br>    Defendants. | Case No.<br><br>**[Proposed] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

This matter is before the Court on Plaintiff the United States' Motion for a Preliminary Injunction. Having considered the motion, including Plaintiff's Memorandum of Law and Defendants' opposition thereto, and having further considered: (1) the likelihood that the United States will succeed on the merits of its claims; (2) the likelihood that the United States will suffer irreparable injury absent an injunction; (3) whether injunctive relief would substantially harm Defendants; and (4) whether the public interest would be furthered by an injunction, this Court concludes that Plaintiff is entitled to preliminary injunctive relief. THEREFORE pursuant to Federal Rule of Civil Procedure 65, Plaintiff's Motion is GRANTED.

The Court FINDS that Plaintiff is likely to succeed on its claims that Section 3100(j), (r), (t), Section 3101(a)(1)-(a)(7), (a)(9) of the California Civil Code, the application of those provisions through Section 3101(b) of the California Civil Code, and Section 3102(a), (b) of the California Civil Code, all violate the Supremacy Clause of the United States Constitution, U.S. Const. art. VI, cl. 2, and are therefore invalid.

The Court also FINDS that Plaintiff has made a strong showing that it suffers and will continue to suffer irreparable harm caused by these provisions of the California Civil Code, and that the balance of harms and the public interest favor an injunction.

Accordingly, Defendants are HEREBY ENJOINED: from enforcing Section 3100(j), (r), (t), Section 3101(a)(1)-(a)(7), (a)(9) of the California Civil Code; from enforcing those provisions through Section 3101(b) of the California Civil Code; and from enforcing Section 3102(a), (b) of the California Civil Code, until such time as the Court enters judgment on the United States' claims for relief.

DONE AND ORDERED this __ day of _____, 2018,

_____

Hon. _____

UNITED STATES DISTRICT JUDGE