UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | Case No. 2:18-CV-02660 JAM-DB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE STATE OF CALIFORNIA, ET AL., | ) | **RELATED CASE ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| AMERICAN CABLE ASSOCIATION, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:18-CV-02684 WBS-DB |
| | ) | |
| v. | ) | |
| | ) | |
| XAVIER BECERRA, in his official capacity as Attorney General of California, | ) | |
| | ) | |
| Defendant. | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1    The parties should be aware that relating the cases under
2 Local Rule 123 merely has the result that these actions are
3 assigned to the same judge and magistrate judge; no consolidation
4 of the actions is effected.  Under the regular practice of this
5 court, related cases are generally assigned to the judge and
6 magistrate judge to whom the first filed action was assigned.
7    IT IS THEREFORE ORDERED that the action denominated 2:18-CV-
8 02684 WBS-DB be reassigned to Judge John A. Mendez and Magistrate
9 Judge Deborah Barnes for all further proceedings, and any dates
10 currently set in the reassigned case only are hereby VACATED.
11 Henceforth, the caption on documents filed in the reassigned case
12 shall be shown as 2:18-CV-02684 JAM-DB.
13    IT IS FURTHER ORDERED that the Clerk of the Court make
14 appropriate adjustment in the assignment of civil cases to
15 compensate for this reassignment.
16    IT IS SO ORDERED.
17 Dated:  October 3, 2018.          /s/ John A. Mendez
                                    JOHN A. MENDEZ
18                                  United States District Judge