Bryan K. Weir, CA Bar # 310964
Jeffrey M. Harris
Cameron T. Norris
CONSOVOY MCCARTHY PARK PLLC
3301 Wilson Boulevard, Suite 700
Arlington, VA 22201
(703) 243-9423
bryan@consovoymccarthy.com
*Counsel for (Proposed) Amicus Chamber of Commerce*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA, et al.<br><br>　　　　　　　　　　　　Defendants. | Case No.: 2:18-cv-02660-JAM-DB<br>Case No.: 2:18-cv-02684-JAM-DB<br><br>**UNOPPOSED MOTION OF THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. John A. Mendez<br>Hearing Date: November 28, 2018<br>Hearing Time: 10 A.M. |
| AMERICAN CABLE ASSOCIATION, CTIA—THE WIRELESS ASSOCATION, NCTA—INTERNET & TELEVISION ASSOCIATION, and USTELECOM—THE BROADBAND ASSOCIATION<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California<br><br>　　　　　　　　　　　　Defendant. | |

The Chamber of Commerce of the United States of America respectfully moves this Court for leave to file an amicus brief in support of the plaintiffs' motions for preliminary injunction. The Chamber's motion is unopposed. This Court recently granted leave to file many amicus briefs for and against a preliminary injunction in *United States v. California*, No. 2:18-cv-490 (ECF No. 125), a case that involved similarly important questions of preemption and federalism.

\* \* \*

The Chamber is the world's largest business federation. It represents 300,000 direct members and indirectly represents the interests of more than 3 million companies and professional organizations of every size, in every economic sector, and from every region of the country.

An important function of the Chamber is to represent the interests of its members in matters before the courts, Congress, and the Executive Branch. To that end, the Chamber regularly files amicus briefs in cases, like this one, that raise issues of concern to the Nation's business community. The Chamber has previously participated as amicus curiae in net-neutrality litigation. *See, e.g.*, *United States Telecom Ass'n v. FCC,* No. 15-1063 (D.C. Cir. 2015). And it regularly participates in cases involving federal preemption. *See, e.g.*, *Coventry Health Care of Mo., Inc. v. Nevils*, 137 S. Ct. 1190 (2017); *Puerto Rico v. Franklin Calif. Tax-Free Trust*, 136 S. Ct. 1938 (2016); *Gobeille v. Liberty Mut. Ins. Co.*, 136 S. Ct. 936 (2016); *Nw., Inc. v. Ginsberg*, 134 S. Ct. 1422 (2014); *Nat'l Meat Ass'n v. Harris*, 565 U.S. 452, 455 (2012); *Williamson v. Mazda Motor of Am., Inc.*, 562 U.S. 323 (2011); *Bruesewitz v. Wyeth LLC*, 562 U.S. 223 (2011); *Wyeth v. Levine*, 555 U.S. 555 (2009); *Altria Grp., Inc. v. Good*, 555 U.S. 70 (2008); *Riegel v. Medtronic, Inc.*, 552 U.S. 312 (2008).

The Chamber has a significant interest in, and can offer a unique perspective on, the issues here. American businesses are the beneficiaries of a globally deployed broadband infrastructure, which has transformed (and will continue to transform) the way that they

operate, providing numerous opportunities to create and market innovative products and services. The Chamber is a proponent of a free and open internet, and it supports congressional legislation to promote net-neutrality principles in a way that protects consumers and provides regulatory certainty. California's Senate Bill 822 (SB-822) is the opposite of that approach. If granted leave to file, the Chamber can lend its unique perspective on the propriety of preliminary injunctive relief, including the immense regulatory burdens that SB-822 will impose on the business community if this Court does not preserve the regulatory status quo.

*   *   *

For these reasons, the Chamber asks this Court to grant its unopposed motion for leave to file the attached amicus brief.

Respectfully submitted,

<u>/s/ *Bryan K. Weir*</u>
Bryan K. Weir, CA Bar # 310964
Jeffrey M. Harris
Cameron T. Norris
CONSOVOY MCCARTHY PARK PLLC
3301 Wilson Boulevard, Suite 700
Arlington, VA 22201
(703) 243-9423
bryan@consovoymccarthy.com

# CERTIFICATE OF SERVICE

I certify that I caused the foregoing motion, along with a proposed amicus brief and order, to be electronically filed with the Court's CM/ECF filing system, which will send a notice of electronic filing to all parties of record who are registered with CM/ECF.

Dated: October 19, 2018

*/s/ Bryan K. Weir*
Bryan K. Weir
CONSOVOY MCCARTHY PARK PLLC
3301 Wilson Boulevard
Suite 700
Arlington, VA 22201
(703) 243-9423
bryan@consovoymccarthy.com