IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**THE STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 2:18-cv-02660-JAM-DB<br>2:18-cv-02684-JAM-DB<br><br>**ORDER REGARDING EXTENSION OF TIME TO FILE OPPOSITION TO PRELIMINARY INJUNCTION MOTIONS**<br><br>Judge: The Hon. John A. Mendez<br>Actions Filed: Sept. 30, 2018; Oct. 3, 2018 |
| **AMERICAN CABLE ASSOCIATION, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of California,**<br><br>Defendant. | |

The Court has determined that *United States v. California*, No. 2:18-cv-2660-JAM-DB, and *American Cable Association v. Becerra*, No. 2:18-cv-2684-JAM-DB, are related within the meaning of Local Rule 123 and has entered Related Case Orders in each case (ECF Nos. 7 and 12, respectively). Plaintiffs in both actions have filed motions for a preliminary injunction (No. 2:18-cv-2660-JAM-DB, ECF No. 2; No. 2:18-cv-2684-JAM-DB, ECF No. 3). The parties in both actions, Plaintiffs the United States of America, American Cable Association, CTIA – The

1

Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association (collectively, "Plaintiffs"), and Defendants the State of California, Governor Edmund G. Brown Jr., and Attorney General Xavier Becerra ("Defendants"), submitted a Stipulation Regarding Extension of Time to File Opposition to Preliminary Injunction Motions. Having considered the stipulation, and good cause appearing, the Court orders as follows:

1. Defendants' brief in opposition to the motions for a preliminary injunction (*United States v. California*, No. 2:18-cv-02660-JAM-DB, ECF No. 2; *American Cable Association v. Becerra*, No. 2:18-cv-2684-JAM-DB, ECF No. 3) shall be filed on or before October 30, 2018, and shall be limited to forty (40) pages.

**IT IS SO ORDERED**:

Dated: 10/26/2018 /s/ John A. Mendez\_\_\_\_\_

Hon. John A. Mendez

2

[Proposed] Order Regarding Extension of Time to File Opposition to Preliminary Injunction Motions
(2:18-cv-02660-JAM-DB) (2:18-cv-02684-JAM-DB)