XAVIER BECERRA, State Bar No. 118517
Attorney General of California
PAUL STEIN, State Bar No. 184956
Supervising Deputy Attorney General
SARAH E. KURTZ, State Bar No. 99881
Deputy Attorney General
JONATHAN M. EISENBERG, State Bar No. 184162
Deputy Attorney General
JOHN D. ECHEVERRIA, State Bar No. 268843
Deputy Attorney General
P. PATTY LI, State Bar No. 266937
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3817
 Fax:  (415) 703-1234
 E-mail:  Patty.Li@doj.ca.gov
*Attorneys for Defendants The State of California, Governor Gavin C. Newsom, and Attorney General Xavier Becerra*

[Additional counsel listed on subsequent page]

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**THE STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 2:18-cv-02660-JAM-DB<br>2:18-cv-02684-JAM-DB<br><br>**STIPULATION REGARDING RESUMPTION OF LITIGATION AND SCHEDULING**<br><br>Judge:         The Hon. John A. Mendez<br>Actions Filed: Oct. 1, 2018; Oct. 3, 2018 |
| **AMERICAN CABLE ASSOCIATION, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of California,**<br><br>Defendant. | |

1

[Additional Counsel]

ETHAN P. DAVIS
Acting Assistant Attorney General Civil Division
ALEXANDER K. HAAS
Director, Federal Programs Branch
JACQUELINE COLEMAN SNEAD
Assistant Branch Director, Federal Programs Branch
JOSEPH E. BORSON (Va. Bar No. 85519)
KEVIN SNELL (NY Bar)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Telephone: (202) 305-0924
Fax: (202) 616-8460
E-mail: Kevin.Snell@usdoj.gov

*Attorneys for the United States*

Scott H. Angstreich*
Leslie V. Pope*
Alex A. Parkinson*
KELLOGG, HANSEN, TODD, FIGEL, & FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC 20036
(202) 326-7900
sangstreich@kellogghansen.com
lpope@kellogghansen.com
aparkinson@kellogghansen.com

*Attorneys for Plaintiffs CTIA – The Wireless Association and USTelecom – The Broadband Association*

Marc R. Lewis (CA SBN 233306)
LEWIS & LLEWELLYN LLP
505 Montgomery Street, Suite 1300
San Francisco, CA 94111
(415) 800-0591
mlewis@lewisllewellyn.com

*Attorney for Plaintiffs American Cable Association, CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association*

Matthew A. Brill*
Matthew T. Murchison*
Ryan S. Baasch*
James A. Tomberlin (*pro hac vice* motion to be filed)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
matthew.brill@lw.com
matthew.murchison@lw.com
ryan.baasch@lw.com
james.tomberlin@lw.com

*Attorneys for Plaintiff NCTA – The Internet & Television Association*

Jeffrey A. Lamken
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Ave., NW
Washington, DC 20037
(202) 556-2000
jlamken@mololamken.com

*Attorney for Plaintiff American Cable Association*

* Admitted *pro hac vice*

Plaintiffs the United States of America, American Cable Association, CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association (collectively, "Plaintiffs"), and Defendants the State of California, Governor Gavin C. Newsom,[1] and Attorney General Xavier Becerra ("Defendants," and collectively with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, on October 26, 2018, the Court entered an Order, based upon a stipulation of the Parties entered that same day, that stayed both of the above-captioned cases until the D.C. Circuit issued its opinion in *Mozilla Corp. v. FCC*, Nos. 18-1051 *et al*. (D.C. Cir.), and the period for seeking further review from the D.C. Circuit and the U.S. Supreme Court expired.

**WHEREAS**, the D.C. Circuit issued its opinion in that case on October 1, 2019, and denied petitions for rehearing and rehearing en banc on February 6, 2020, and the time for filing a petition for a writ of certiorari with the U.S. Supreme Court expired on July 6, 2020, with no such petition having been filed.

**WHEREAS**, Plaintiffs in both actions had filed motions for preliminary injunction that they withdrew as a result of the October 26, 2018 stipulation, without prejudice to their refiling at a future date.

**WHEREAS**, Defendants had agreed, as part of the October 26, 2018 stipulation, not to take any action to enforce, or direct the enforcement of, the California Internet Consumer Protection and Net Neutrality Act of 2018 ("Senate Bill 822"), which took effect on January 1, 2019, for a period that will end 30 days after the Court's ruling on a renewed motion for preliminary injunctive relief that is filed on or before August 5, 2020.

**WHEREAS**, Plaintiffs intend to amend their complaints in light of the D.C. Circuit's ruling in *Mozilla Corp.* and to renew their motions for preliminary injunction on August 5, 2020.

**WHEREAS**, the Parties are aware that a number of non-parties intend to participate as *amici curiae* in support of either the Plaintiffs or the Defendants.

---

[1] Governor Newsom is automatically substituted for originally named defendant Governor Edmund G. Brown, Jr.  *See* Fed. R. Civ. P. 25(d).

**WHEREAS**, the Parties desire to enable the orderly and timely briefing of the forthcoming motions for preliminary injunction.

**NOW THEREFORE**, **IT IS HEREBY STIPULATED AND AGREED** by the Parties as follows:

1. Defendants consent to the filing of Amended Complaints by the Plaintiffs in each action on or by August 5, 2020.

2. Plaintiffs will file their Amended Complaints and renewed Motions for Preliminary Injunction on or by August 5, 2020. Plaintiffs' renewed Motions for Preliminary Injunction will be limited to thirty (30) pages per brief.

3. All Parties consent to the filing of amicus briefs in support of Plaintiffs, Defendants, or no party.

4. Any amicus briefs in support of Plaintiffs or in support of no party shall be filed on or by August 19, 2020, and shall be limited to fifteen (15) pages per brief.

5. On or by September 16, 2020, Defendants may file one brief in opposition to Plaintiffs' motions, limited to fifty (50) pages, or separate briefs in opposition to each motion, limited to thirty (30) pages each.

6. Any amicus briefs in support of Defendants shall be filed on or by September 30, 2020, and shall be limited to fifteen (15) pages per brief.

7. Plaintiffs may each file their own reply brief in support of their respective motions, limited to fifteen (15) page per brief, on or by October 14, 2020.

8. The hearing on the motions for a preliminary injunction shall be set by Order of the Court.

9. Defendants' time to answer or respond to the Amended Complaints in each of the above-captioned cases shall be extended to thirty (30) days after the Court enters an order resolving the respective motions for a preliminary injunction filed in those matters.

10. The Parties' time to file a joint status report including a Rule 26(f) discovery plan in each of the above-captioned cases shall be extended to thirty (30) days after the Defendants answer or respond to the Amended Complaints.

**IT IS SO STIPULATED AND AGREED.**

Dated: July 30, 2020

Scott H. Angstreich*
Leslie V. Pope*
Alex A. Parkinson*
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC 20036
(202) 326-7900
sangstreich@kellogghansen.com
lpope@kellogghansen.com
aparkinson@kellogghansen.com

*Attorneys for Plaintiffs CTIA – The Wireless Association and USTelecom – The Broadband Association*

Jeffrey A. Lamken*
MOLOLAMKEN LLP
The Watergate, Suite 600
600 New Hampshire Ave., NW
Washington, DC 20037
(202) 556-2000
jlamken@mololamken.com

*Attorney for Plaintiff American Cable Association*

/s/ Marc R. Lewis
Marc R. Lewis (CA SBN 233306)
LEWIS & LLEWELLYN LLP
505 Montgomery Street, Suite 1300
San Francisco, CA 94111
(415) 800-0591
mlewis@lewisllewellyn.com

*Attorney for Plaintiffs American Cable Association, CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association*

Matthew A. Brill*
Matthew T. Murchison*
Ryan S. Baasch*
James A. Tomberlin (*pro hac vice* motion to be filed)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
matthew.brill@lw.com
matthew.murchison@lw.com
ryan.baasch@lw.com
james.tomberlin@lw.com

*Attorneys for Plaintiff NCTA – The Internet & Television Association*

* Admitted *pro hac vice*

| | | |
|---|---|---|
| 1 | Dated: July 30, 2020 | XAVIER BECERRA<br>Attorney General of California |
| 2 | | PAUL STEIN<br>Supervising Deputy Attorney General |
| 3 | | SARAH E. KURTZ<br>Deputy Attorney General |
| 4 | | JONATHAN M. EISENBERG<br>Deputy Attorney General |
| 5 | | JOHN D. ECHEVERRIA Deputy Attorney General |

*/s/ P. Patty Li*

P. PATTY LI
Deputy Attorney General
*Attorneys for Defendants The State of California, Governor Gavin C. Newsom, and Attorney General Xavier Becerra*

Dated: July 30, 2020

ETHAN P. DAVIS
Acting Assistant Attorney General Civil Division
ALEXANDER K. HAAS
Director, Federal Programs Branch
JACQUELINE COLEMAN SNEAD
Assistant Branch Director, Federal Programs Branch
JOSEPH E. BORSON

*/s/ Kevin Snell*

KEVIN SNELL
Trial Attorney
*Attorneys for the United States*