IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>                                        Plaintiff,<br><br>                v.<br><br>**THE STATE OF CALIFORNIA, et al.,**<br><br>                                        Defendants. | 2:18-cv-02660-JAM-DB<br>2:18-cv-02684-JAM-DB<br><br>**[PROPOSED] ORDER REGARDING RESUMPTION OF LITIGATION AND SCHEDULING**<br><br>Judge:        The Hon. John A. Mendez<br>Actions Filed: Sept. 30, 2018; Oct. 3, 2018 |
| **AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, and USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members,**<br><br>                                        Plaintiffs,<br><br>                v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of California,**<br><br>                                        Defendant. | |

The Court previously entered Orders temporarily staying *United States v. California*, No. 2:18-cv-2660-JAM-DB, and *American Cable Association et al. v. Becerra*, No. 2:18-cv-2684-JAM-DB, pending the entry of a final and non-appealable decision in *Mozilla Corp. v. FCC*, Nos. 18-1051 *et al*. (D.C. Cir.) (ECF Nos. 17 and 36, respectively).  The parties in both actions,

1

Plaintiffs the United States of America, American Cable Association, CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association (collectively, "Plaintiffs"), and Defendants the State of California, Governor Gavin C. Newsom,[1] and Attorney General Xavier Becerra ("Defendants"), submitted a Stipulation Regarding Resumption of Litigation and Scheduling, in which they informed the Court that the D.C. Circuit's decision in *Mozilla Corp.* became final and non-appealable on July 6, 2020. Plaintiffs also intend to amend their complaints and to renew their motions to preliminarily enjoin the California Internet Consumer Protection and Net Neutrality Act of 2018 ("Senate Bill 822"), which Plaintiffs had filed in October 2018, but withdrew without prejudice in connection with this Court's temporary stay of the litigation.  Defendants have consented to the filing of the Amended Complaints, and the Parties have proposed an agreed-upon briefing schedule and format for resolution of the renewed preliminary injunction motions.  Having considered the stipulation, the Court sets the following schedule:

1. Plaintiffs shall file their Amended Complaints and renewed Motions for Preliminary Injunction on or by August 5, 2020.  Plaintiffs' renewed Motions for Preliminary Injunction shall be limited to thirty (30) pages per brief.

2. Any amicus briefs in support of Plaintiffs or no party shall be filed on or by August 19, 2020, and shall be limited to fifteen (15) pages per brief.

3. On or by September 16, 2020, Defendants shall file one brief in opposition to Plaintiffs' motions, limited to fifty (50) pages, or separate briefs in opposition to each motion, limited to thirty (30) pages each.

4. Any amicus briefs in support of Defendants shall be filed on or by September 30, 2020, and shall be limited to fifteen (15) pages per brief.

5. Plaintiffs may each file their own reply brief in support of their respective motions, limited to fifteen (15) page per brief, on or by October 14, 2020.

---

[1] Governor Newsom is automatically substituted for originally named defendant Governor Edmund G. Brown, Jr.  *See* Fed. R. Civ. P. 25(d).

6. The hearing on the renewed motions for a preliminary injunction shall be held on _____, 2020 at ____ _.m.

7. Defendants' time to answer or respond to the Amended Complaints in *United States v. California*, No. 2:18-cv-2660-JAM-DB, and *American Cable Association et al. v. Becerra*, No. 2:18-cv-2684-JAM-DB, shall be extended to thirty (30) days after the Court enters an order resolving the respective motions for a preliminary injunction filed in those matters.

8. The Parties' shall submit to the Court a joint status report including a Rule 26(f) discovery plan in each of the above-captioned cases thirty (30) days after the Defendants answer or respond to the Amended Complaints.

//

**IT IS SO ORDERED**:


Dated: _____     _____
                                Hon. John A. Mendez