ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
MATTHEW J. GLOVER
Counsel to the Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
JACQUELINE COLEMAN SNEAD
Assistant Branch Director, Federal Programs Branch
JOSEPH E. BORSON (Va. Bar No. 85519)
KEVIN SNELL (NY Bar)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Telephone: (202) 514-1944
Fax: (202) 616-8460
E-mail:  Joseph.Borson@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, Governor of California, in his Official Capacity, and XAVIER BECERRA, Attorney General of California, in his Official Capacity,<br><br>Defendants. | Case No. 2:18-cv-02660-JAM-DB<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: The Hon. John A. Mendez<br>Action Filed: Sept. 30, 2018 |

Notice of motion and motion

# NOTICE

Notice is hereby given that the United States of America makes the following motion, which it proposes to notice for a hearing on a date and time to be determined by the Court. *See* ECF No. 19.

# MOTION

The United States hereby moves for a preliminary injunction enjoining enforcement of the California Internet Consumer Protection and Net Neutrality Act of 2018, Cal. Civ. Code §§ 3100-3104, enacted through Senate Bill 822. This motion is based on the memorandum filed herewith, and the pleadings on file.

Dated: August 5, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division

MATTHEW J. GLOVER
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JACQUELINE COLEMAN SNEAD
Assistant Branch Director, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
KEVIN SNELL (NY Bar)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Telephone: (202) 514-1944
Fax: (202) 616-8460
E-mail:  Joseph.Borson@usdoj.gov

*Attorneys for the United States*