XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
SARAH E. KURTZ
Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
P. PATTY LI, State Bar No. 266937
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 510-3817
 Fax: (415) 703-1234
 E-mail:  Patty.Li@doj.ca.gov
*Attorneys for Defendants the State of California, Governor Gavin C. Newsom, and Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>                           Plaintiff,<br><br>           v.<br><br>**THE STATE OF CALIFORNIA, et al.,**<br><br>                           Defendants.<br><br>**AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, et al.,**<br><br>                           Plaintiffs,<br><br>           v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of California,**<br><br>                           Defendant. | 2:18-cv-02660-JAM-DB<br>2:18-cv-02684-JAM-DB<br><br>**DECLARATION OF COUNTY OF SANTA CLARA CHIEF OPERATING OFFICER MIGUEL MÁRQUEZ IN SUPPORT OF OPPOSITION TO PRELIMINARY INJUNCTION MOTIONS**<br><br>Judge:           The Hon. John A. Mendez<br>Actions Filed: Oct. 1, 2018; Oct. 3, 2018 |

I, Miguel Márquez, declare:

1. I am the Chief Operating Officer for the County of Santa Clara (the "County"). I submit this Declaration in support of Defendants' Opposition to the Motions for Preliminary Injunction in the consolidated matters referenced above. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could testify to them competently under oath.

2. I have been the Chief Operating Officer for the County since August 2016. In this capacity, I supervise and oversee the County's operations, including among many other things the County's implementation of technology systems.

3. From 2012-2016, I served as an Associate Justice on California's Sixth District Court of Appeal. Before my appointment to the Court of Appeal, from 2009-2012, I served as County Counsel and the Acting County Counsel of the County. In this capacity, I advised the County Board of Supervisors and executives on a broad range of legal issues, including issues involving local governance, and local policy issues. Before my employment at the County, I represented several other public entities in connection with matters involving their operations, among other things.

4. I have been in high-level roles at the County and other public entities for nearly twenty years. I am extremely familiar with the County's structure and operations.

5. The County was established in 1850 as one of the first counties in California. The County serves the geographic region of Santa Clara County ("Santa Clara"), which embraces 1,304 square miles and fifteen incorporated cities and towns, including San José, Gilroy, Milpitas, and Mountain View. Today, approximately 1.9 million people reside in Santa Clara County, many of whom rely on it to provide essential services, such as law enforcement, health care, care for the County's youth and elderly, and other social services. The County provides basic safety-net services to the most vulnerable residents in our community. It also serves the public more generally in areas such as emergency planning and public health services. The County oversees most public health and public safety functions in Santa Clara County, including emergency planning and services, disease control and prevention, and criminal justice administration. The

1

Declaration of County of Santa Clara Chief Operating Officer Miguel Márquez in Support of Opposition to Preliminary Injunction Motions (2:18-cv-02660-JAM-DB) (2:18-cv-02684-JAM-DB)

County also operates roads, airports, parks, libraries, election systems, and many other critical functions.

6. Since 2010, the County has invested heavily in developing and implementing systems that provide key public health, welfare, and safety services to the local community over the internet and plans to implement many more such systems. Before the County implemented internet-based systems, it provided some of the services over telephone lines. Some other services were not available remotely at all.

7. The County's newly implemented, internet-based services depend, in many cases, on community members' access to broadband internet without violation of open internet principles—in other words, access to broadband free from blocking, throttling, or paid prioritization. If traffic to and from these systems is blocked, delayed, or subjected to paid prioritization schemes, the County's ability to effectively provide services to the community would be significantly weakened.

8. Because many of these systems are used in emergency situations and to protect health and safety, after-the-fact action to address internet service provider (ISP) practices is insufficient to address the harm that the County and the community, are likely to suffer. The potential harm to the County and its residents in, for example, a public health or patient emergency, is severe and immediate and cannot be undone even if practices that violate open internet principles might later be addressed on a post-hoc basis by entities like the Federal Trade Commission.

**A. The County Office of Emergency Services Relies on the Community's Access to Open Internet for Emergency Response.**

9. Under California's emergency management framework, the County Office of Emergency Services (OES) is the lead emergency management agency for the entire Santa Clara County Operational Area (Op Area), which encompasses the geographical region of Santa Clara County and all the local jurisdictions—including cities, towns, and special districts—within it. In its lead Op Area role, OES's core function is to promote, facilitate, and support the efforts of the County and other Op Area entities to prepare for, respond to, and recover from disasters,

2

emergencies, and complex incidents of all types—including natural disasters, such as earthquakes; manmade incidents and events, such as terrorist attacks; and public health emergencies such as epidemics and pandemics.  OES is also responsible for direct emergency management in the unincorporated areas of the county.  This includes determining resource priorities and coordinating the response during a proclaimed emergency.

10. OES has invested heavily in internet-based systems that are critical to public safety.  For example, since 2011-2012, OES has used Juvare's (formerly Intermedix's) WebEOC solution as the lynchpin of its emergency coordination and management efforts.  WebEOC aggregates information regarding active emergency situations, permitting the County's situational awareness during emergencies and response and recovery coordination.  Before implementation of WebEOC, the County had no technology-based system for situational awareness.

11. WebEOC is activated in connection with both large and small events threatening public safety, and is used by responders across Santa Clara County.  For example, it was used to coordinate response to the 2017 San José winter storms and flooding; it has also been used during planned hospital outages.  In an emergency, personnel for the County, cities within the County, regional hospitals, and others log in through a web interface and populate, monitor, and act on situational data in the system.  City and other on-the-ground personnel enter data on local conditions—for example, reporting fire boundaries, flooding, or injured individuals.  Entities with relevant resources, such as hospital personnel, enter their status information—for example, number of available beds.  County personnel allocate, obtain, and dispatch resources based on this information.

12. WebEOC is designed to aggregate data from diverse sources, and to be used by emergency personnel over any connection, without regard to ISP or network.  The County cannot predict where those who must respond in an emergency will be located; critical personnel are likely to be accessing the system from their personal devices, from home, or from the field.  The system is designed to provide a virtual emergency operations center.  As a result, violation of open internet principles in provision of broadband service could fundamentally disrupt the operation of this system.

3

Declaration of County of Santa Clara Chief Operating Officer Miguel Márquez in Support of Opposition to Preliminary Injunction Motions (2:18-cv-02660-JAM-DB) (2:18-cv-02684-JAM-DB)

13. OES also uses AlertSCC, a web-based public alert system operated by Everbridge, Inc., to notify the public of public safety hazards and recommendations. AlertSCC provides immediate contact with members of the public via email, text, or phone on matters such as evacuation or shelter-in-place orders, fires, unhealthy air quality, and excessive heat warnings. The County's system is also used by each of the cities within the County and can be used to provide targeted notifications. As recent experience in California with failure to receive timely evacuation orders has shown, time and ready availability are of the essence in access to the information distributed by AlertSCC. ISP practices such as blocking, throttling, and paid prioritization threaten the immediate availability of messages sent over this system.

14. Such behavior by ISPs could undermine the County's investment, the efficacy of the County's emergency responses, and the public's access to information in an emergency. Because the County is the lead emergency management agency in the region, and provides the platform used by the local jurisdictions and hospitals in the area, if the County's systems or access to them are compromised, the effects could be dramatic.

**B.     The County Public Health Department Relies on the Community's Access to Open Internet to Protect the Public Health and Communicate in Emergencies.**

15. The mission of the County Public Health Department (Public Health) is to promote and protect the health of the county's entire population. None of Santa Clara County's fifteen cities have a health department. All fifteen cities, and all the County's residents, rely on Public Health to perform essential public health functions. In the absence of open internet access, the ability of the County to respond to, identify, and address public health emergencies could be significantly harmed by ISP practices.

16. Among other things, Public Health is responsible for safeguarding the public health by preventing and controlling the spread of infectious diseases and planning for and responding to public health emergencies. Public Health receives reports on eighty-five different diseases and conditions; tracks overall trends in infectious diseases; investigates individual cases of individuals who contract such diseases; provides long-term case management for certain

4

individuals (e.g., active tuberculosis cases); investigates how individuals came to contract diseases; provides immunizations and preventive therapy; identifies, investigates, and controls outbreaks; conducts HIV and other STD testing and education for vulnerable communities; and plans for and responds to public health emergencies.

17. Like other departments across the County, Public Health is developing and using innovative methods of providing core governmental services that are broadband-based. In some cases, critical information that was once provided by telephone has moved to broadband-based systems. The County anticipates that these operations could be significantly compromised or degraded if ISPs are allowed to engage in practices like blocking, throttling, or paid prioritization

18. Public Health is responsible for alerting, and, if necessary, mobilizing, the 8,000 medical and public health providers in Santa Clara County who must respond in a public health emergency. Public Health also alerts these providers, or a subset of them, in the case of developing and non-emergency public health situations. Historically, Public Health has used a fax-based system to contact these providers. Web-based solutions enhance existing systems and are necessary for the rapid communication of alerts—particularly considering that fax-based solutions can take a day and a half to alert all providers of a developing situation. Health alerts, which provide information such as widespread influenza activity or increasing reports of certain diseases in the area, must be disseminated as soon as possible. Significant delays are a major impediment to effective notification and jeopardize safety during life-threatening events.

19. To increase the efficacy and efficiency of this alert system, the County relies on a web- and internet-based system to use MailChimp. Alerts are distributed via email using the cloud-based MailChimp platform, including to individuals accessing the internet through home and small-business internet service plans. The platform serves the same volume of providers, if not more than before, and has proven to be more efficient for County employees and more convenient for providers than prior systems. Community access to an open internet has been critical to the County's implementation of this alert system.

20. In addition to provider alerts, Public Health already communicates vital information via the internet, in ways that could be affected by blocking, throttling, or paid

5

Declaration of County of Santa Clara Chief Operating Officer Miguel Márquez in Support of Opposition to Preliminary Injunction Motions (2:18-cv-02660-JAM-DB) (2:18-cv-02684-JAM-DB)

prioritization. In public health emergencies, the public relies heavily on the Public Health website—as well as third-party websites through which Public Health makes information available—for emergency information, including what action to take, during the crisis. The information Public Health distributes over the internet includes information such as where to seek shelter in the event of a wildfire, where to get a vaccine in the event of an outbreak, and what efforts Public Health is taking to contain pandemics and epidemics within the County. Indeed, Public Health's website is used so heavily that it was critically overloaded during the 2009 H1N1 virus emergency. The day after information regarding H1N1 was posted to the County website, within a two-hour period, the County's public portal website became overloaded with individuals seeking information from the website, requiring Google to mirror the site. In recent years—and during its response to COVID-19—Public Health's reliance on broadband-based communications has only increased, both by distributing information through the County website and by leveraging third-party platforms such as YouTube and Facebook to live-stream announcements about public health conditions, orders closing or requiring modifications to individual and business behavior, and otherwise. In addition, Public Health uses social media to communicate information about public health situations to the public, and Google search analytics to help predict what may or may not be occurring in the community during an outbreak.

21.     Public Health also gathers and monitors extensive syndromic surveillance data using the internet, to keep abreast of nascent and full-blown public health incidents. Syndromic surveillance is a process that regularly and systematically uses health-related data in near real-time to make community health information available to public health officials and government leaders for decision-making as well as enhanced responses to hazardous events and outbreaks. Since 2006, the County has used the Electronic Surveillance System for the Early Notification of Community-Based Epidemics (ESSENCE), which transmits data via the internet to monitor and provide alerts on increases in the occurrence of diseases and outbreaks.

22.     The system receives real-time encrypted syndromic surveillance data from emergency departments from most of the hospitals in the County. For example, the data collected may show a spike in people presenting with certain symptoms, indicating a potentially hazardous

6

event or outbreak. ESSENCE generates reports based on this data and, if there is a pattern, the Public Health Department responds with measures appropriate to the situation. The department relies on the information being in near real-time so that it can identify and respond to a potential public health emergency. The proper operation of this system, and its expansion, may be threatened by the revocation of the Net Neutrality Rules, which threatens to undercut the ready access to data from participants.

23. In all of these cases, the systems rely on community members' access to broadband without practices like blocking, throttling, or paid prioritization. Immediate, or near real-time, information, without regard to the ISP or service plan used by the community member, is of the essence in effective use of these systems.

24. From the time the County and its Health Officer declared local emergencies over COVID-19 in February 2020—more than a month before the County Health Officer issued the first-in-the-nation shelter-in-place order on March 16, 2020—the County's response to COVID-19, led by the Public Health Department and other personnel through the Emergency Operations Center, has deeply amplified and underscored the County's reliance on the availability of reliable, unthrottled, and unblocked broadband internet access free from paid prioritization restrictions. Since the County declared an emergency and activated its Emergency Operations Center to respond to COVID-19, a large proportion of the County staff contributing to the County's Emergency Operations Center's (EOC's) work have done so through remote telework from their places of residence, rather than from within the EOC's physical facility. County staff, their counterparts from other jurisdictions and agencies, and members of the public all rely on broadband internet access for the daily video conferences and collaboration without which the County could not effectively respond to COVID-19 and protect the public health and safety.

25. The County makes critical, real-time information available to both County staff and members of the public over the internet. The Health Officer of the County of Santa Clara frequently—sometimes daily—holds press conferences that are live-streamed on Facebook Live, and the EOC produces a video series to inform the public about the County's response that is also broadcast on Facebook Live and then made available on YouTube. Likewise, members of the

7

Declaration of County of Santa Clara Chief Operating Officer Miguel Márquez in Support of Opposition to Preliminary Injunction Motions (2:18-cv-02660-JAM-DB) (2:18-cv-02684-JAM-DB)

public rely on the ready availability of up-to-date information through the COVID-19 Data Dashboard hosted on Public Health's website. This dashboard provides information about COVID-19 testing, hospital resource usage, and other items. Similarly, the County relies on internet access by businesses and members of the public to submit and review required documentation about preventive measures and COVID-19 positive cases as well as questions and complaints about compliance with State and County orders regarding COVID-19.

   **C.**  **The County Health and Hospitals System Relies on the Community's Access to Open Internet to Provide Patient Care.**

  26.  The County's largest hospital, Santa Clara Valley Medical Center (VMC), was founded in 1876 and is a fully integrated and comprehensive public health care delivery system. VMC, together with O'Connor Hospital and St. Louise Regional Hospital, are the three hospitals of the County's Health and Hospital System (HHS), which provides critical healthcare to residents of Santa Clara County regardless of their ability to pay. HHS is the only public safety-net healthcare provider in the County, and the second largest such provider in the State of California. Generally, safety-net providers like HHS have a primary mission to care for the indigent population and individuals who are uninsured or underinsured, or are on California's Medicaid program, Medi-Cal.

  27.  HHS operates three hospitals licensed for over 1,000 beds, twelve ambulatory care clinics offering inpatient care, and facilities that provide an extensive range of specialty, emergency, preventive, behavioral health, and other outpatient care. For example, VMC is a Level 1 Adult Trauma Center and Level 2 Pediatric Trauma Center. Its burn and rehabilitation centers have been nationally recognized, and its ambulatory specialty center, renal care center, and acute inpatient psychiatric unit are state of the art. And HHS's facilities more broadly provide a full range of health services, including emergency and urgent care, ambulatory care, behavioral health services, comprehensive adult and pediatric specialty services, the highest-level neonatal intensive pediatric care unit, women's health services, comprehensive hematology/oncology services, and other critical healthcare services for all county residents, regardless of their ability to pay.

8

Declaration of County of Santa Clara Chief Operating Officer Miguel Márquez in Support of Opposition to Preliminary Injunction Motions (2:18-cv-02660-JAM-DB) (2:18-cv-02684-JAM-DB)

28. HHS provides the vast majority of the healthcare services in Santa Clara County that are available to poor and underserved patients. In fiscal year 2018, there were more than 800,000 outpatient visits to VMC's primary care, express care, specialty clinics, and emergency department, and nearly 125,000 days of inpatient stays in the hospital. Patients who are uninsured, reliant on Medi-Cal, or on Medicare were responsible for approximately 90% of outpatient visits and approximately 85% of inpatient days.

29. HHS has made, and will continue to make, significant investments in innovative technology—particularly in the areas of telemedicine and electronic medical records—to improve the way it serves patients. Because HHS has a significant percentage of patients who are indigent, uninsured, or underinsured, these investments have and will have a particularly high impact on the County's ability to serve its low-income and underserved patients. But these investments would be significantly undermined by a reversal of the Net Neutrality Rules.

30. For example, the County has invested hundreds of thousands of dollars to expand its use of telemedicine to include a telehealth application for high-definition video. This video solution allows clinicians to connect with, diagnose, and treat patients through a broadband connection. It also affords them the ability to triage the most critical situations and improve outcomes, including in time-sensitive situations (such as strokes or vehicular accidents) where immediate diagnosis can literally mean life or death. It also enables health providers to see more patients without spending less time for each patient, reduce wait times, and lower costs for the County. It allows providers to avoid high-risk situations such as in-person treatment of jail inmates. Access to broadband internet free from practices like blocking, throttling, or other interference with traffic is essential for this investment to be worthwhile and beneficial to patients and providers.

31. HHS's reliance on this technology has been heightened dramatically during COVID-19, because—as even the U.S. Department of Health and Human Services has recognized—providing healthcare though telemedicine saves lives by reducing the risk of community spread of COVID-19.

32. The County also relies upon partners' access to broadband internet free from

9

Declaration of County of Santa Clara Chief Operating Officer Miguel Márquez in Support of Opposition to Preliminary Injunction Motions (2:18-cv-02660-JAM-DB) (2:18-cv-02684-JAM-DB)

blocking, throttling, or paid prioritization in administering and using its medical records system, Epic. The County has invested hundreds of millions of dollars in Epic to meet the critical need for medical providers to have constantly updated access to patient medical records.[1] The system uses a large amount of bandwidth due to the volume of data transferred—it has been used to connect and exchange records with more than 28,000 clinics, more than 1,200 hospitals, and more than 1,300 emergency departments. In 2016, it was used to exchange more than two million patient records. And these figures have only expanded since then. Ready access to these records is particularly important to the hospital's emergency department, which may see a patient on an emergency basis, but have no HHS-based patient record. Because the system is populated by thousands of partners, the terms of those partners' access determines whether the system operates as intended. Interference with free and open access could lead to negative patient outcomes, endangering lives, and would reduce the value of this investment.

33. The County also has invested in technology to enable doctors to access hospital resources when working remotely. The County uses Citrix remote desktop software to allow doctors to access hospital resources through a secure connection. These resources include access to patient records, as well as clinical applications including IMPAX (Radiology), Cyberren (Renal Care), Variant (Nuclear Medicine), CNEX (Cancer Registry), EndoWorks (Gastroenterology), and Trauma One (Public Health EMS and VMC Trauma Center). The County has invested in Citrix, a real-time, high-bandwidth technology to ensure that doctors can access critical data, even when off-site—for example, while on call. However, to the extent that they are blocked, throttled, or otherwise hampered in their access to the system, patient health may be poorly served.

34. Practices like blocking, throttling, and paid prioritization by ISPs threaten all of these systems, and the development of new systems to better serve individuals in the County's hospital.

---

[1] Epic is also used in the County Jail and Behavioral Health Department.

10

Declaration of County of Santa Clara Chief Operating Officer Miguel Márquez in Support of Opposition to Preliminary Injunction Motions (2:18-cv-02660-JAM-DB) (2:18-cv-02684-JAM-DB)

### D. The County Sheriff Relies on Community Access to Open Internet for Crime Fighting

35. The Sheriff's Office serves the entire Santa Clara County area, enforcing criminal laws in the unincorporated area of the County, which spans approximately 600 square miles; serving as the municipal police department in three cities within the County; and offering contractual law enforcement services to Stanford University, the Santa Clara County Superior Court, the Santa Clara Valley Transportation Authority, and other local agencies. The Sheriff's Office has more than 1,900 employees, including 1,300 sworn peace officers. It investigates thousands of suspected crimes each year and operates specialized units and teams, including the Search and Rescue Team, the Hostage Negotiation Team, the Narcotics Task Force, and the Bomb Squad.

36. The core function of the Sheriff's Office is to maintain peace in the County, prevent and respond to unlawful disturbances, make arrests as needed, protect victims, and investigate criminal offenses.

37. Over the past several years, the Sheriff's Office has developed internet-based tools to improve its operations. For example, the Sheriff's Office has begun to accept vital information from the community via the internet. The Sheriff's Office currently uses CrimeReports.com, which permits community members to register home cameras and live-stream or upload footage to assist during investigations or emergencies. In an urgent law-enforcement situation, timely access to such investigatory information, which could include footage reflecting current conditions or the identity of suspects, is of obvious importance. In both cases, public safety could be endangered by the failure of these systems. If community members' access to these systems is throttled, blocked, or degraded, law enforcement could be deprived of timely investigatory information. Community members could miss important information about public safety threats.

### E. The County Board of Supervisors Relies on the Community's Access to Open Internet for Public Participation and Board Activities.

38. The County Board of Supervisors (the Board) is the County's governing body and is the only body that can exercise many of the powers of the County. Public participation in the

11

Declaration of County of Santa Clara Chief Operating Officer Miguel Márquez in Support of Opposition to Preliminary Injunction Motions (2:18-cv-02660-JAM-DB) (2:18-cv-02684-JAM-DB)

operations of the Board is both important and encouraged. Indeed, the opportunity for the public to freely and fairly observe and participate in most Board discussions and decisions is guaranteed by California and County law.

39. An official act of the Board of Supervisors can only be performed in regularly or specially convened meetings, which are subject to the restrictions of the Ralph M. Brown Act. The Brown Act reflects California's commitment to transparency in government, and requires that, with very limited exceptions, all Board meetings be open and public.[2] It also requires that the public have an opportunity to comment on any item before the Board, and that public entities that have websites post agenda and meeting information on those websites.[3] The Board itself has adopted additional laws ensuring open meetings and transparency, including a 2011 Ordinance requiring that public meetings of the Board be webcast, and that agenda and legislative materials be made available to the public through the County's website.[4]

40. The functions of the Board and, as a result, the activities that are subject to the Board's open-meeting requirements, are wide-ranging. The Board performs legislative, executive, and quasi-judicial functions. At a policy level, it oversees most County departments and programs and approves their budgets, supervises the official conduct of County officers and employees, controls the acquisition or sale of County property, and appropriates County funds. The Board also raises local revenue by imposing or increasing local taxes, assessments, or fees. In addition, in some cases, the Board sits as a quasi-judicial body, for example in land-use matters.

41. The Board also sets local ordinances and regulations. For example, in response to the prevalence of prescription drugs in the community, but the lack of safe, convenient disposal locations for unwanted drugs (and resulting harm to health and the environment), the Board adopted an ordinance regulating drug disposal within the County.[5] In all cases, public comment from interested parties is encouraged and considered by the Board in setting local policies and

---

[2] Cal. Gov't Code § 54950 et seq.
[3] Cal. Gov't Code §§ 54954.2, 54956.
[4] CTY. OF SANTA CLARA, CAL., Ordinance No. NS-300.846 (Oct. 18, 2011).
[5] CTY. OF SANTA CLARA, CAL., Ordinance No. NS-517.91 (Apr. 11, 2017).

law; weighing the input of community members, considering the facts on the ground, and adopting an appropriate regulatory approach and framework are key Board functions.

42.  These functions are supported by the County's internet-based services.  To ensure that the public has full access to the Board decision-making process, the County uses Accela (formerly IQM2), a provider of public-sector meeting software and services, to provide remote public access to its public meetings, legislative materials, meeting schedules, and Board agendas.[6] The Board provides a live webcast of its meetings, which is accompanied by closed captioning.[7] Board meetings are also made available to the public using this service after the meeting concludes; after the meeting, meeting video and documents are synced to provide easy access to items of interest.  Such services are particularly critical to individuals with disabilities and those without easy access to transportation—key communities served by the County.

43.  COVID-19 has again underscored and heightened the Board's reliance on unfettered access to broadband internet through mass-market plans—both for themselves and County staff, and also for County residents seeking to access and participate in these meetings. During the pandemic, and consistent with Executive Order N-29-20 that Governor Newsom issued on March 17, 2020, the Board of Supervisors—as well as its Committees and many other County bodies that hold meetings governed by the Brown Act—have met over the Zoom videoconferencing platform rather than in person.  In all or nearly all of these meetings, one or more supervisors have attended the meetings from their homes.  Likewise, the Board of Supervisors, as well as the other Brown Act bodies, receive reports from County staff and hear

---

[6] In addition, California campaign finance and conflict-of-interest laws require public disclosure of certain campaign finance and financial interests.  *See* Cal. Gov't Code §§ 87200 *et seq.*, 84100 *et seq.*  State law requires some disclosures to be made online to promote transparency and public access.  *See, e.g.*, Cal. Gov't Code § 84600 *et seq*.  The County relies on SouthTech Systems's eDisclosure and Netfile to manage and host these filings.  *See Welcome to Santa Clara County eDisclosure*, EDISCLOSURE, https://www.southtechhosting.com/SantaClara/eDisclosure/ (last visited Dec. 5, 2017); *Public Portal for Campaign Finance Disclosure*, CTY. OF SANTA CLARA, http://public.netfile.com/pub2/Default.aspx?aid=SCC (last visited Dec. 5, 2017).  Netfile provides hosted e-filing and administration forms for campaign disclosure forms and statements of economic interests for local California governments.  *See About Us*, NETFILE, https://netfile.com/Content/AboutUs (last visited Dec. 5, 2017).

[7] *See Board of Supervisors & Boards and Commissions*, CTY. OF SANTA CLARA (2017), http://sccgov.iqm2.com/Citizens/Default.aspx (last visited Dec. 5, 2017).

13

Declaration of County of Santa Clara Chief Operating Officer Miguel Márquez in Support of Opposition to Preliminary Injunction Motions (2:18-cv-02660-JAM-DB) (2:18-cv-02684-JAM-DB)

comment from members of the public who again frequently access the Zoom platform from their places of residence. And County staff and members of the public wishing to view, but not participate in, these meetings can live-stream them over YouTube.

44. The County also relies upon the Municipal Code Corporation (Municode)—a small provider of government records access, specializing in municipal codes[8]—to host its Ordinance Code.[9] Through Municode, the County is able to make its laws and regulations accessible to the public for free online. Free and fair access to the law is obviously of paramount importance.

### F. Other County Applications Rely on Community Access to Open Internet.

45. The County also relies on the internet to provide residents with crucial social service information, including information on the foster care system, family and children's services, adult protective services, benefits services, and child support services. Through its online resources, the County allows citizens to manage their financial transactions with the County, such as paying property taxes, child-support payments, court-ordered collections, medical collections, traffic court collections, legal collections, and public assistance and welfare debts. Citizens further depend on County internet-based resources for a wide range of issues, like submitting consumer protection complaints, making appointments and reservations with county departments, viewing live video of road conditions, finding and applying for County jobs, obtaining County Requests for Proposals, identifying volunteer opportunities, making parks reservations, and scheduling visits with jail inmates. The County is currently working to expand these systems, including developing online permitting systems. If citizens do not have access to broadband internet free from practices like blocking, throttling, or paid prioritization, their access to these central county services will be seriously endangered.

46. The County also operates several mobile applications designed to facilitate communication with residents on matters of public health and civic engagement such as

---

[8] *See* MUNICODE, https://www.municode.com/ (last visited Dec. 5, 2017).
[9] *See Code of Ordinances*, CTY. OF SANTA CLARA (2017), https://library.municode.com/ca/santa_clara_county/codes/code_of_ordinances.

14

1 | environmental hazards, voter information, vector control and pest abatement, and restaurant
2 | safety. For example, the County operates the SCCVector Mobile App which allows residents to
3 | report and upload photos of disease vector hazards directly to the County. This app also has the
4 | ability to push vector-related notifications to the public. Additionally, the County operates the
5 | SCCDineOut Mobile App, which provides easy access to food facility inspection results for
6 | establishments within the County. This app provides geolocational information to the public and
7 | dynamic information regarding facility safety and inspections. The SCCDineOut Mobile App
8 | also allows users to directly contact the County Department of Environmental Health. The
9 | County's mobile apps, which create communication streams with the public for crucial health and
10 | safety information, rely on the public's ability to secure internet access that is not threatened by
11 | ISP violation of open internet principles. Obstruction of the public's access to broadband internet
12 | threatens the efficacy of the County's apps and presents risks to the health and safety of County
13 | residents.[10]

14 |     I declare under penalty of perjury under the laws of the United States of America that the
15 | foregoing is true and correct. Executed on September 14, 2020, at San José, California.


Miguel Márquez

---

[10] This communication provides examples, not an exhaustive list, of relevant internet-based services. Given the scope of the County's functions and the County's recent shift to internet-based systems, reliance (and plans for reliance) on the open internet is extensive and permeates the County's operations.

15