XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
SARAH E. KURTZ
Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
P. PATTY LI, State Bar No. 266937
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3817
 Fax:  (415) 703-1234
 E-mail:  Patty.Li@doj.ca.gov
*Attorneys for Defendants the State of California, Governor Gavin C. Newsom, and Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**THE STATE OF CALIFORNIA, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 2:18-cv-02660-JAM-DB<br>2:18-cv-02684-JAM-DB<br><br>**DECLARATION OF MARGARET DOLGENOS IN SUPPORT OF OPPOSITION TO PRELIMINARY INJUNCTION MOTIONS**<br><br>Judge:　　　The Honorable John A. Mendez<br>Actions Filed:  Oct. 1, 2018; Oct. 3, 2018 |
| **AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, and USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members,**<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of California,**<br><br>　　　　　　　　　　　　Defendant. | |

I, MARGARET DOLGENOS, hereby declare and state as follows:

1. I make this declaration of my own personal knowledge and if called to testify, I could and would testify competently to the matters stated herein. I declare the following in support of Defendants' Opposition to the Motions for Preliminary Injunction in these consolidated matters.

2. I am Chief Executive Officer at The Internet Store, Inc., d/b/a Cruzio Internet ("Cruzio"), a local, independent Internet Service Provider ("ISP") located in Santa Cruz, California. I was also one of the founders of Cruzio in 1989 and I have been with the company ever since. We are one of the oldest ISPs in the United States. Prior to our founding in 1989, telecommunications innovation for consumers was at a relative standstill under the exclusive control of telephone monopolies. Government action freed the marketplace to create the internet. Internet was initially brought to the public not by the telephone and cable companies, but by small providers like Cruzio. In any free market, policies which prevent monopolistic behavior are essential to innovation, widespread access, and quality service, and the telecommunications industry is no exception.

3. Cruzio serves 9,000 customers across Santa Cruz County and the Bay Area. Our business is confined to the state of California. The customers we serve are approximately 70% residential customers and 30% business customers. At Cruzio, we pride ourselves on providing affordable broadband Internet access service ("BIAS") to low-income individuals in the area and have committed ourselves to that goal through our Equal Access Santa Cruz program. For example, in 2018, Cruzio extended our fiber network to provide high-speed Gigabit Internet service to the residents of the El Rio Mobile Home Park in Santa Cruz for $50 per month. In fact, our goal is to provide the entire county of Santa Cruz with high-speed fiber and fiber-backed Internet through our Santa Cruz Fiber project. It is essential, especially in the midst of the current COVID-19 pandemic, that low-income families have access to affordable, high-speed, BIAS to address distance-learning and work-from-home needs. Cruzio and other independent ISPs are critical to ensuring that all members of our communities have access to BIAS. In 2020, in response to the COVID-19 pandemic, Cruzio worked with the Santa Cruz County Office of Education (COE) to provide free or very low cost ($15 per month) internet service to low-income

1

Declaration of Margaret Dolgenos in Support of Opposition to Preliminary Injunction Motions
(2:18-cv-02660-JAM-DB) (2:18-cv-02684-JAM-DB)

families so that children could participate in distance learning. Cruzio established free parking lot WIFI for 5 schools around our county and started a program of extending high-speed (up to 100 Mbps) internet service to low-income homes identified by the COE. So far, we have connected about 50 homes, and we have set up funding to connect hundreds more.

4. As a local, independent ISP providing BIAS, we do not receive payment from third parties such as transit providers (companies that move data traffic across the Internet via their networks to a BIAS provider), content delivery networks (companies that store, cache, and deliver content such as streaming video to BIAS providers), or edge providers (content providers such as Netflix and Google) so that our customers can use their services or reach the sites on their networks. The large ISPs, however, have been able to pressure third parties including Internet transit providers, content delivery networks, and edge providers to pay the ISPs some revenue for interconnection to the ISPs network—the only way data can be delivered to the ISPs' customers (sometimes referred to as the "last mile" of data delivery). The large ISPs were able to do so because they exclusively control access to a large number of subscribers and because little competition exists among ISPs.

5. Cruzio and other small ISPs do not have the market power to force such companies and service providers to pay us so that our customers can reach their sites and services—it is highly unlikely that if we asked a content distribution network or edge provider to pay us to reach our 9,000 customers that they would pay any attention at all. This means that the large ISPs have an entire revenue stream that is not available to small independent ISPs because the large ISPs can use their large subscriber base—which can only be reached through their networks—as a bargaining tool. Without net neutrality protections, the large ISPs will be able to charge higher fees to third parties for interconnection and extend those fees to more platforms and content providers. Net neutrality is critical to our business because it levels the playing field between small independent ISPs such as Cruzio and the dominant nationwide ISPs, within California.

6. Net neutrality also helps protect small independent ISPs by prohibiting anti-consumer zero rating, the practice of an ISP not counting certain kinds of data, often from the ISP's own sites and services, against users' monthly data caps, while counting all other sites and services'

2

data against that cap.  Because Cruzio and other small ISPs do not own large swaths of the content available on the Internet, this kind of zero rating puts us at a competitive disadvantage that is unrelated to the quality of the service we provide to our customers.  This means that a single popular TV series or online TV service that is zero rated by the ISP that owns it could cause a large percentage of customers to move from small ISPs to the large ISP.  This might occur even if the larger ISP's broadband service offering is not as good as the smaller ISP's.  This will be the case particularly if, in the absence of net neutrality protections, the large ISPs are able to become the exclusive providers of popular content or services.

7. Finally, abolishing net neutrality will make it harder for small, independent ISPs to compete with larger ISPs by disadvantaging online video services that might lead consumers to "cut the cord," or discontinue their traditional cable or satellite television service altogether. Many consumers have come to expect to subscribe to television service alongside BIAS through a single provider—either a traditional cable company like Comcast or TimeWarner, or an incumbent local exchange carrier like AT&T or Verizon.  These large companies are able to negotiate significant discounts for the channels they offer from video programmers, while those same programmers can charge whatever prices they like to small ISPs like Cruzio.  However, the growth of over-the-top video services (services that offer standalone online video streaming) such as Netflix, Vimeo, Hulu, Amazon Video, FilmStruck and others give smaller ISPs' customers the ability to replace a traditional cable or satellite television subscription with a la carte offerings or a slimmed-down channel lineup.  These services were only able to flourish because net neutrality protections have always prevented large ISPs from protecting their cable subscription revenues via blocking, throttling, and paid prioritization.  Those practices would and still could allow the larger ISPs to squash or severely harm smaller online video competitors.

8. Without net neutrality protections in the state of California, we expect that the vertical integration of content creators and providers with large ISPs—in combination with harmful practices such as interconnection charges, access fees and self-serving zero-rating—will continue to the point where small ISPs within the state, like Cruzio, will have difficulty competing in the market.  Internet access has become a consumer necessity, often compared to electricity or water.

3

Declaration of Margaret Dolgenos in Support of Opposition to Preliminary Injunction Motions
(2:18-cv-02660-JAM-DB) (2:18-cv-02684-JAM-DB)

In an environment without net neutrality protection, there will be an inevitable reduction of competition with serious and long-lasting consequences for the cost and quality of BIAS, for consumers' privacy, for innovation, for access to diverse sources of information, and other considerations—especially in rural and low-income areas.

9. Cruzio is fully able to comply with SB 822's requirements. In fact, SB 822's net neutrality provisions maintain the status quo. The Internet has existed with net neutrality principles since its beginning—it is the departure from those principles that would change the landscape for Cruzio and other small ISPs.

10. Compliance should also not be a problem for larger ISPs that sell broadband in California, as well as other states. Networking equipment makes it not only feasible but practical for an ISP to implement and maintain different policies for different parts of a network. In fact, ISPs do so all the time by offering different services or plans to different subscribers (for example, business versus residential subscribers). As an analogy, consider the ability of cable providers to black out games of local sports teams based on the location of the user. Network software can easily control the content that reaches a user based on a variety of factors, including their specific data plan or their geographical location. In fact, modern networking software is capable of highly sophisticated, automated differentiation of traffic based on the Internet address of the user. It is simply not the case that treating internet traffic differently for different localities or different subscribers would be a serious hardship for any ISP, let alone those that make billions of dollars per quarter.

4

Declaration of Margaret Dolgenos in Support of Opposition to Preliminary Injunction Motions
(2:18-cv-02660-JAM-DB) (2:18-cv-02684-JAM-DB)

I declare the foregoing under penalty of perjury under the laws of the State of California. Executed this 15th day of September, 2020, at Santa Cruz, California.

_____
Margaret Dolgenos