XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
SARAH E. KURTZ
Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
P. PATTY LI, State Bar No. 266937
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 510-3817
  Fax: (415) 703-1234
  E-mail:  Patty.Li@doj.ca.gov
*Attorneys for Defendants the State of California, Governor Gavin C. Newsom, and Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**THE STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 2:18-cv-02660-JAM-DB<br>2:18-cv-02684-JAM-DB<br><br>**DECLARATION OF LAURA BLUM-SMITH IN SUPPORT OF OPPOSITION TO PRELIMINARY INJUNCTION MOTIONS**<br><br>Judge:    The Hon. John A. Mendez<br>Actions Filed: Oct. 1, 2018; Oct. 3, 2018 |
| **AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of California,**<br><br>Defendant. | |

I, LAURA BLUM-SMITH, hereby declare and state as follows:

1. I make this declaration of my own personal knowledge and if called to testify, I could and would testify competently to the matters stated herein. I declare the following in support of Defendants' Opposition to the Motions for Preliminary Injunction in these consolidated matters.

2. I am the Research and Public Policy Director of the Writers Guild of America, West, Inc. ("WGAW" or "Guild"), and have worked at WGAW since December of 2013. WGAW is a labor union that represents more than 10,000 professional writers working in film, television, news, documentaries and digital media. Our members and the members of our affiliate, Writers Guild of America, East, Inc. (jointly, "WGA") create nearly all of the entertainment programming viewed on television today as well as the original scripted series now offered by online video distributors such as Netflix, Hulu, Amazon, YouTube, Crackle and now HBO Max, Peacock, Disney+, and Apple TV+. WGAW is based in Los Angeles, California and over 80% of its members live in the state. The majority of members' writing work takes place in Los Angeles, which is the epicenter of the entertainment industry.

3. Vertical and horizontal consolidation among television producers, networks and distributors has given a handful of companies almost complete control over the programming seen by American TV audiences and all but eliminated independently-produced scripted programming from television. Most scripted series exhibited on television networks are produced by affiliates of vertically-integrated media conglomerates that have combined studios, broadcast, cable and pay TV networks, local broadcast stations and even multichannel video programming distributors ("MVPDs"). In the 2018-2019 season, the four major media conglomerates (Comcast-NBCU, AT&T-Time Warner, The Walt Disney Company-Fox, and ViacomCBS) produced or co-produced 86% of WGA-covered original scripted series on television.

4. This consolidated market has constrained economic and creative opportunities for writers. These same four companies account for the vast majority of writers' employment in television. Dominating both production and distribution, these vertically-integrated media conglomerates exert significant control over what content writers create.

1

Declaration of Laura Blum-Smith in Support of Opposition to Preliminary Injunction Motions
(2:18-cv-02660-JAM-DB) (2:18-cv-02684-JAM-DB)

5. The open Internet, in contrast, has presented few of the barriers of the traditional video marketplace. Free from any requirement to negotiate carriage by a multichannel video programming distributor or to have a broadcaster choose to air their programming, the open Internet has produced a wealth of online video services and content delivered directly to the public. Consumer adoption of online video has led to the development of a new and robust market for original video programming. Since the premiere of *House of Cards* on Netflix in February of 2013, the growth of the original online video market has been staggering. In a few short years, a nonexistent market has grown to surpass network primetime in terms of number of original scripted series. Over 800 WGAW members wrote on 145 original online video series distributed in 2019, doubling the 400 members employed on online series distributed in 2016.

6. WGAW member experiences reported to the Guild highlight the opportunities presented by the development of the online video market. For example, Leann Bowen has benefitted from the development of the open Internet because her career began with writing and directing for online platforms. She now writes for *Dear White People,* an online series that gained recognition and a distributor after it originated as an online Kickstarter campaign. Nicole Yorkin is a veteran writer who created a female-centric series for Amazon's online video platform after working in traditional television for many years. Yorkin co-created the online series *Z: The Beginning of Everything*, about the life of Zelda Fitzgerald. Yorkin also co-created a new online series for Netflix, *Hit and Run,* with the creators of the Israeli hit series *Fauda*. Zander Lehman has also benefitted from the growth of online video, having created his first series for Hulu. Lehman is currently the creator and showrunner for the 30-minute series *Casual*, which is financed and distributed by Hulu. A majority of writers on the series are women.

7. In contrast to their tight control over traditional television programming, the four major media conglomerates produced only 36% of the WGA-covered, TV-length original scripted series released by online video distributors in the 2018-2019 season. The online video market has increased competition in scripted programming with the rise of larger producers such as Amazon and Netflix and smaller studios such as Media Rights Capital (*House of Cards*), Gaumont International Television (*Narcos*), and The Tornante Company (*BoJack Horseman*).

2

Declaration of Laura Blum-Smith in Support of Opposition to Preliminary Injunction Motions
(2:18-cv-02660-JAM-DB) (2:18-cv-02684-JAM-DB)

However, in 2019 and 2020, media conglomerates began to expand into online video themselves, creating new direct-to-consumer offerings such as HBO Max (AT&T-Time Warner), Disney+ (Disney-Fox) and Peacock (Comcast-NBCU), joining ViacomCBS's CBS All Access.

8. The rapid ascendance of the online video market provides strong evidence to suggest that the closed system of television, where networks and MVPD-Internet service providers ("ISPs") act as content gatekeepers, has failed to meet consumer demand for new and different programs and services. The open Internet, in contrast, has made the video programming market more competitive and responsive to consumers, who are subscribing by the millions to new online video offerings. The emergence of online video has also increased competition for WGAW members and provided new opportunities for them to tell stories not often seen on television. But this has only been possible because online video distributors have the ability to reach consumers directly without fear of ISPs blocking or throttling their content or prioritizing the content of the highest bidder. Now, several of the newest streaming services are affiliated with dominant traditional media companies and ISPs themselves, threatening the ability of new firms to enter the market. In the absence of rules ensuring net neutrality, a system of gatekeepers is likely to emerge online, leaving a few powerful ISPs and programmers in control of what content reaches the public. ISPs' actions to zero-rate affiliated online content while counting third-party online content against users' data caps, or to otherwise prioritize their own content or content from companies that have paid fees for that prioritization, will decrease competition in online video markets. This would harm writers, who have benefitted from the increased competition and opportunities of the online video market, as well as the viewers who enjoy these new content choices.

I declare the foregoing under penalty of perjury under the laws of the United States of America. Executed this 11 day of September, 2020, at Los Angeles, California.

_____
Laura Blum-Smith

3

Declaration of Laura Blum-Smith in Support of Opposition to Preliminary Injunction Motions
(2:18-cv-02660-JAM-DB) (2:18-cv-02684-JAM-DB)