BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
ALEXANDER K. HAAS
Director, Federal Programs Branch
JACQUELINE COLEMAN SNEAD
Assistant Branch Director, Federal Programs Branch
JOSEPH BORSON (Va. Bar No. 85519)
KEVIN SNELL (NY Bar)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Telephone: (202) 305-0924
Fax: (202) 616-8460
E-mail:  Kevin.Snell@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, Governor of California, in his Official Capacity, and XAVIER BECERRA, Attorney General of California, in his Official Capacity,<br><br>Defendants. | Case No. 2:18-cv-2660-JAM-DB<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL**<br><br>Judge: The Hon. John A. Mendez<br>Hearing Scheduled: Feb. 23, 2021, 1:30 p.m. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff the United States of America, by and through its counsel, hereby gives notice of its voluntary dismissal of this case.[1]

Dated: February 8, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

JACQUELINE COLEMAN SNEAD
Assistant Branch Director, Federal Programs Branch


/s/ Kevin Snell
JOSEPH BORSON (Va. Bar No. 85519)
KEVIN SNELL (NY Bar)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Telephone: (202) 305-0924
Fax: (202) 616-8460
E-mail:  Kevin.Snell@usdoj.gov

*Attorneys for the United States*

---

[1] This Court ordered the parties to file a status conference statement by February 9, 2021, "informing the Court whether the United States of America intends to pursue this case further, or whether, upon review by the Biden Administration, it will file a stipulation or motion to dismiss this lawsuit." *See* Jan. 15, 2021 Minute Order.  The United States understands that deadline to be moot given its voluntary dismissal of this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (allowing for voluntary dismissal by plaintiff where opposing party has not served either an answer or a motion for summary judgment).